IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBRA ALBERT** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **V.** | § | **Civil No.1:08CV111HSO-JMR** |
| | § | |
| **WAL-MART STORES, INC. AND** | § | |
| **THOMAS F. KOPPE, SAFETY** | § | |
| **MANAGER** | § | **DEFENDANTS** |

## ORDER GRANTING
## PLAINTIFF'S MOTION TO REMAND

This cause comes before the Court upon the Motion of Plaintiff Debra Albert, filed April 17, 2008, to Remand [3] the above styled and numbered civil action to the Circuit Court of Harrison County, Mississippi, First Judicial District. Defendant Wal-Mart Stores East, L.P. ("Wal-Mart"), incorrectly identified in Plaintiff's Complaint as "Wal-Mart Stores, Inc.," filed a Response [4], and Plaintiff filed a Reply [5].

After conducting a hearing on the Motion on July 25, 2008, and after consideration of the arguments of counsel, the exhibits and pleadings on file, the record, and all relevant legal authorities, and for the reasons more fully stated on the record at the conclusion of the hearing, the Court finds that Plaintiff's Motion to Remand should be granted. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Debra Albert's Motion to Remand [3] should be and is hereby **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the above-

captioned cause is hereby remanded to the Circuit Court of Harrison County, Mississippi, First Judicial District, and that a certified copy of this Order of remand shall be mailed by the Clerk to the clerk of the state court.

**SO ORDERED AND ADJUDGED**, this the 25rd day of July, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE